UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DANIEL PACHECO,**<br>　　　　Petitioner,<br>　　v.<br>RAYMOND MADDEN (Warden),<br>　　　　Respondent. | Case No. LA CV 17-07071-VBF-PLA<br>**ORDER**<br>Overruling Petitioner's Objections and Adopting the Report & Recommendation;<br>Dismissing the Action With Prejudice; Terminating the Case (JS-6) |

This an action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. "As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the portions of the R&R to which petitioner has specifically objected and finds no defect of law, fact, or logic in the . . . R&R." *Rael v. Foulk*, 2015 WL 4111295, *1 (C.D. Cal. July 7, 2015), *COA denied*, No. 15-56205 (9th Cir. Feb. 18, 2016). "The Magistrates Act does not require the district judge to provide a written explanation of the reasons for rejecting objections. *See MacKenzie v. Calif. AG*, 2016 WL 5339566, *1 (C.D. Cal. Sept. 21, 2016) (quoting *US v. Bayer AG*, 639 F. App'x 164, 168-69 (4th Cir. 2016)). "This is particularly true where, as here, the objections are plainly unavailing." *Smith v. Calif. Jud. Council*, 2016 WL 6069179, *2 (C.D. Cal. Oct. 17, 2016). **Accordingly, the Court will accept the Magistrate Judge's factual findings and legal conclusions and implement his recommendations.**

## ORDER

Petitioner's objection **[Doc # 20] is OVERRULED.**

The Report and Recommendation **[Doc # 19] is ADOPTED.**

The petition for a writ of habeas corpus **[Doc # 1] is DENIED.**

Final judgment consistent with this order will be entered separately as required by Fed. R. Civ. P. 58(a). *See Jayne v. Sherman*, 706 F.3d 994, 1009 (9th Cir. 2013).

**This action is DISMISSED with prejudice.**

**The case SHALL BE TERMINATED and closed (JS-6).**

Dated: June 6, 2018

Hon. Valerie Baker Fairbank
Senior United States District Judge