JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANIEL PACHECO, <br>     Petitioner, <br>   v. <br> RAYMOND MADDEN (Warden), <br>     Respondent. | Case No. LA CV 17-07071-VBF-PLA <br> **FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of respondent and against petitioner Daniel Pacheco.** IT IS SO ADJUDGED.

Dated: June 6, 2018

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge